**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Jim Bumgarner and Hilda Mordhorst, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| vs. | ) | |
| | ) | |
| Bowman Sales and Service, Inc., and | ) | Case No. 1:06-cv029 |
| NOCO Company, | ) | |
| | ) | |
| Defendants. | ) | |

---

Before the Court is a "Stipulation of Dismissal" filed on February 29, 2008. The Court **ADOPTS** the stipulation in its entirety (Docket No. 28) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 3rd day of March, 2008.

/s/ Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court